UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SANDRA B. AFOLABI

v.                                     C.A. 07-243ML

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated September 30, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Remand or Reverse is DENIED and Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
October 22, 2008

Entered as an Order of this Court on October 22, 2008

_____
Deputy Clerk